**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Pepi Schafler,<br><br>        Plaintiff,<br>   v.<br><br>HSBC Bank USA, et al.,<br><br>        Defendants. | NO. C 06-05908 PJH<br>NO. C 06-06887 PJH<br>NO. C 10-80137 JW<br><br>**ORDER REFERRING PETITION FOR REVIEW** |

Presently before the Court is Plaintiff's Petition for Writ of Habeas Corpus.[1] Pursuant to the February 21, 2007 Vexatious Litigant Order,[2] this Petition is referred to Judge Hamilton for determination of whether it falls under the pre-review Order.

Dated: April 8, 2011

JAMES WARE
United States District Chief Judge

---

[1] (See No. 10-80137 JW, Docket Item No. 1.)

[2] (See No. 06-5908 PJH, Docket Item No. 45; No. 06-6887 PJH, Docket Item No. 24.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

James Anthony Murphy jmurphy@mpbf.com
James Howard French jimfrench@compuserve.com
Michael B. Powers Mpowers@phillipslytle.com

Pepi Schafler
10829 Brewer House Road
North Bethesda, MD 20852

**Dated: April 8, 2011**                                          **Richard W. Wieking, Clerk**

                                       **By:     /s/ JW Chambers**
                                                **Elizabeth Garcia**
                                                **Courtroom Deputy**

**United States District Court**
For the Northern District of California