IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Pepi Schafler, | NO. C 10-MC-80137 JW |
| Plaintiff, | **ORDER DIRECTING CLERK TO FILE PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| HSBC Bank USA, et al., | |
| Defendants. | |

On June 16, 2010, Plaintiff filed a Petition for Writ of Habeas Corpus.[1] On April 8, 2011, the Court referred the Petition to Judge Hamilton for determination whether it falls under Judge Hamilton's February 21, 2007 Vexatious Litigant Order.[2] On April 12, 2011, Judge Hamilton determined that the Petition does not fall under the pre-review Order.[3]

Accordingly, the Court ORDERS the Clerk of Court to file Plaintiff's Petition as a new civil matter and to assign it to the appropriate judge.

Dated: June 16, 2011

JAMES WARE
United States District Chief Judge

---

[1] (Docket Item No. 1.)

[2] (Docket Item No. 3.)

[3] (Docket Item No. 4.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Pepi Schafler
10829 Brewer House Road
North Bethesda, MD 20852

| | |
|---|---|
| **Dated: June 16, 2011** | **Richard W. Wieking, Clerk** |
| | By:    **/s/ JW Chambers**<br>     **Susan Imbriani**<br>     **Courtroom Deputy** |

**United States District Court**
For the Northern District of California